SAM SCHORR, Appellant, v. MONUS EISENBERG, Respondent.— Order is so far as it vacates and sets aside an order of warrant and seizure affirmed, with ten dollars costs and disbursements. No opinion. Young, Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., dissents and votes for reversal and a denial of the motion, except in so far as it seeks an increase in the amount of the seizure undertaking, for which purpose the matter should be remitted to Special Term. Defendant had defaulted in making payment under the chattel mortgage prior to the service of the third party order. Plaintiff was entitled to the warrant.

ROSE SEGAL, Appellant, v. MARIE FAJMAN, Respondent, and Others, Defendants.— Judgment reversed on the law, with costs, and judgment directed for plaintiff, with costs, restraining the defendant, respondent, from maintaining the fence over the way into plaintiff's premises and between plaintiff's and defendant, respondent's premises. Plaintiff has an implied easement of necessity. (*Lampman* v. *Milks*, 21 N. Y. 505; *Paine* v. *Chandler*, 134 id. 385; *Spencer* v. *Kilmer*, 151 id. 390.) Finding numbered 6 will be modified so as to make clear the meaning of nonuser prior to plaintiff's acquisition of title. Conclusion of law numbered 1 will be reversed. Plaintiff's proposed findings numbered 7, 15, 22, 25, 25-a, 28 and 30 and plaintiff's proposed conclusions of law numbered 1 and 3 will be made. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur. Settle order on two days' notice.